UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 28, 2005
ROBINSON/CHAVEZ Program and the
July 16, 2005 HOPKINS/TAYLOR Program,

                     Plaintiff,

-against-


MARIONO PAYANO, Individually and d/b/a LOS
AMIGOS GROCERY STORE a/k/a LOS AMIGOS
GROCERY a/k/a LOS AMIGOS, and LOS AMIGOS
GROCERY STORE a/k/a LOS AMIGOS GROCERY
a/k/a LOS AMIGOS


                     Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5558 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2007 ★

BROOKLYN OFFICE


      An Order of Honorable John Gleeson, United States District Judge, having been filed on May 15, 2007, dismissing the case for want of prosecution; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for want of prosecution.


Dated: Brooklyn, New York
       May 22, 2007

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court