FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 31 2007 ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J&J SPORTS PRODUCITONS, INC.,
as Broadcast Licensee of the May 28, 2005
ROBINSON/CHAVEZ Program and the
July 16, 2005 HOPKINS/TAYLOR Program,

                Plaintiff,

   -against-

MARIANO PAYANO, Individually and d/b/a
LOS AMIGOS GROCERY STORE a/k/a LOS
AMIGOS GROCERY a/k/a LOS AMIGOS, and
LOS AMIGOS GROCERY STORE a/k/a LOS
AMIGOS GROCERY a/k/a LOS AMIGOS

                Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV- 5558 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on August 30, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 28, 2007; and directing the Clerk of Court to enter a default judgment against defendants Mariano Payano and Los Amigos Grocery Store in the amount of $6,000.00; it is

JUDGMENT
05-CV- 5558 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Production, Inc., as Broadcast Licensee of the May 28, 2005 Robinson/Chavez Program and the July 16, 2005 Hopkins/Taylor Program, and against defendants, Mariano Payano, Individually and d/b/a Los Amigos Grocery Store a/k/a Los Amigos Grocery a/k/a Los Amigos, and Los Amigos Grocery Store a/k/a Los Amigos Grocery a/k/a Los Amigos, awarding plaintiff $6,000.00.

Dated: Brooklyn, New York
August 31, 2007

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
Terry Vaughn
Chief Deputy of
Court Operations